No. 18. UTAH PIE CO. *v.* CONTINENTAL BAKING CO. ET AL., 386 U. S. 685. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.

No. 750. GRANELLO ET AL. *v.* UNITED STATES, 386 U. S. 1019. Petition for rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 870. CURTIS ET AL. *v.* BOEGER, WARDEN, 386 U. S. 914, 978. Motion for leave to file second petition for rehearing denied.

No. 1488, Misc. LORENZANA *v.* PUERTO RICO, 386 U. S. 1040; and
No. 1574, Misc. JOHNSON *v.* SCHNECKLOTH, SUPERINTENDENT, ET AL., 386 U. S. 1028. Petitions for rehearing denied.

No. 303, Misc. CURRY *v.* UNITED STATES, 385 U. S. 873. Motion for leave to file petition for rehearing denied.